

Molly M. Winston
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Obet Cortez-Mendoza

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Hon. Rosanna Malouf Peterson

| United States, | No. 2:20-CR-131-RMP |
|---|---|
| Plaintiff, | Order Granting Motion to Dismiss Because §1326 Violates the Fifth Amendment |
| v. | |
| Obet Cortez-Mendoza, | Proposed |
| Defendant. | |

Before the Court is Obet Cortez-Mendoza's Motion to Dismiss Because §1326 Violates the Fifth Amendment.[1] After reviewing the submitting material and relevant authority, the Court is fully informed and hereby grants the motion.

Accordingly, IT IS HEREBY ORDERED: the abovementioned motion is GRANTED.

IT IS SO ORDERED. The District Court Executive is directed to enter this Order and distribute copies to counsel.

Dated: March _____, 2022

_____
Hon. Rosanna Malouf Peterson
U.S. District Judge

---

[1] ECF No. ____.